B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

EASTERN District Of MICHIGAN

In re TINDALL & COMPANY P.C. _____,  
          Debtor

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| NORTH STAR RECOVERY 356 NORTH 750 WEST D-9 AMERICAN FORK UTAH 84003 | | ASSIGNEE MBFS | U | 60,000.00 |
| WELLS FARGO FIN LEASING P.O. BOX 6434 CAROL STREAM ILL 60197 | | EQUIP LEASE | JUDG | 27,472.89 |
| FRANKLIN BANK 24725 W. TWELVE MILE RD SOUTHFIELD MI 48043 | | TERM LOAN/LINE OF CRED | JUDG | 147,000.00 |

| | | | |
|---|---|---|---|
| SHIRLEY GETTSINGER<br>11842 DEER CREEK RUN<br>PLYMOUTH MI 48170 | APPEAL REVERSAL | JUDG | 39,013.00 |
| BIENSTOCK REPTRS<br>30800 TELEGRAPH RD<br>BINGHAM FARMS MI 48025 | TRADE DEBT | U,D | 306.60 |
| TRI-COUNTY COURT REPORTERS<br>38550 GARFIELD, STE A<br>CLINTON TOWNSHIP MI 48038 | TRADE DEBT | U,D | 447.40 |

    I, MICHAEL E. TINDALL, President of the corporate Debtor named in this case, declare under penalties of perjury that I have read the above LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my knowledge, information and belief.

                                       /S/ MICHAEL E. TINDALL
                                       MICHAEL E. TINDALL, PRES.
                                       TINDALL & COMPANY P.C.

MATRIX

CREDITOR MAILING MATRIX

BIENENSTOCK REPTRS.
30800 TELEGRAPH RD.
STE 2925
BINGHAM FARMS MI   48025

FRANKLIN BANK
24725 W. TWELVE MILE RS
SOUTHFIELD    MI   48043

SHIRLEY GETSINGER
11842 DEER CREEK RUN
LIVONIA MI   48170

NORTHSTAR RECOVERY
356 NORTH 750 WEST D-9
AMERICAN FORK UTAH    84003

TRI COUNTY COURT REPORTERS
38550 GARFIELD, STE A
CLINTON TOWNSHIP, MI   48025

WELLS FARGO FINANCIAL LEASING
P.O. BOX 6434
CAROL STREAM ILL   60197


IRS- SBSE/INSOLVENCY UNIT

BOX 330500-STOP 15

DETROIT    MI   48232

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date  7/2/12

                                         Signature /S/ MICHAEL E. TINDALL

                                         MICHAEL E. TINDALL, PRESIDENT
                                          (Print Name and Title)