UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MATTER OF TINDALL AND COMPANY, P.C., A Michigan Professional Corp.

Petition #12-55836
JUDGE RHODES

_____/

### ORDER DENYING CLAIMANTS' MOTION FOR EXPEDITED HEARING ON THEIR MOTION FOR SANCTIONS

Upon the motion of Fred H, Freeman, attorney for the claimants, requesting an expedited hearing on their motion on sanctions and the court being fully advised on the premises:

**IT IS HEREBY ORDERED:**

The claimants' request for expedited hearing is denied for lack of good cause.

.

**Signed on July 26, 2012**

                                                                       /s/ Steven Rhodes
                                                                       **Steven Rhodes**
                                                                  **United States Bankruptcy Judge**